IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELLY DWYER,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | § § § § § § § § § § § § § § § | **Civil Action No.** 1:17-cv-00439(LY) |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for all parties, that:

1. Plaintiff hereby withdraws the Second Count of his Complaint for equitable relief under 29 U.S.C. §1132(a)(1)(B), as well as any potential claim for equitable relief under 29 U.S.C. §1132(a)(3) or for equitable relief other than the relief sought in the First Count of Plaintiff's Complaint for the wrongful denial of benefits under; 29 U.S.C. §1132(a)(1)(B);

2. Plaintiff's remaining claims in this matter are for relief under 29 U.S.C. §1132(a)(1)(B) for the wrongful denial of benefits, pre- and post-judgment interest, and attorneys' fees under 29 U.S.C. §1132(g) ;

3. Defendant withdraws the Affirmative Defenses in its Answer numbered 9, 11, and 12, and limits its Affirmative Defense numbered 16 (alleging failure to exhaust administrative remedies) to Plaintiff's claims regarding his claimed request for a "gap exception" under the Plan; and

_____

4. Plaintiff further pleads moot to her Ninth Affirmative Defenses. [Document 20].

|  |  |
|---|---|
| _____ | _Michael H. Bernstein b/p ARaval_ |
| James C. Plummer, TBA #16075700 | Michael H. Bernstein, *Pro Hac Vice* |
| Amar Raval, TBA #24046682 | ROBINSON & COLE, LLP |
| Berg Plummer Johnson & Raval | CHRYSLER EAST BUILDING |
| Attorneys for Plaintiff | 666 THIRD AVENUE, 20TH FLOOR |
| 4203 Montrose Boulevard, Suite 260 | NEW YORK, NY 10017 |
| Houston, Texas 77006 | MAIN (212) 451-2900 |
| (713) 526-0200 | FAX (212) 451-2999 |
| (832) 615-2665 (fax) | *Attorney for Defendant* |
| *Attorneys for Plaintiff* |  |

SO ORDERED.

_____
Hon. Mark Lane
United States Magistrate District Judge