IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KELLY DWYER,                              §
                                         §
          Plaintiff,                     §
                                         §
v.                                       §              1:17-CV-439-RP
                                         §
UNITEDHEALTHCARE INSURANCE                §
COMPANY,                                  §
                                         §
          Defendant.                     §

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation. (R. & R., Dkt. 138). The Court's Order awarded the following to Plaintiff: benefits in the amount of $109,063.50; attorneys' fees in the amount of $414,635.00; litigation costs in the amount of $6,517.27; and prejudgment interest in the amount of $87,596.77.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 9, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE